Exhibit A to the Complaint

**Location:** Valley Stream, NY  
**Total Works Infringed:** 26  
**IP Address:** 100.33.144.91  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A487211BF7CB894380E91CE4AD6E3B2CB8A6B9BD | 03/11/2025 11:40:08 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 2 | 0BD0425E9DE1126974A7A8AAC1E3B22D56B08D1A | 03/03/2025 11:45:08 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 3 | C9212FE3ED0DDB9B967A779EB10690216D473D79 | 02/03/2025 21:59:38 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 4 | C7877ECD2DB266B958D0D5253F61CBEFC2811F72 | 01/27/2025 20:32:17 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 5 | 182CAB69B9C11DEBBAA2FA0B2F8C203A78106C4F | 12/25/2024 11:32:43 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 6 | 754bdc6355b237d5f389efcb3176bb2857422091 | 12/04/2024 20:27:31 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 7 | b1005fb1e7ba190c13890dc8c30cd043d491536a | 11/19/2024 20:24:36 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 8 | 0C61B5F6E6CF3B85E57748DC5C1969CCB192DADD | 10/16/2024 11:25:29 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 9 | ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7 | 10/01/2024 19:33:53 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 10 | b2791abedee1fd4c768957f226f0affd226bf6a7 | 09/24/2024 01:51:49 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 11 | C8B877E06A47699ED48742688B0A6C089AE55B6C | 09/24/2024 01:40:14 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 12 | 64A492706DF2A35039DAF0EF8205C35490A51A48 | 09/08/2024 02:05:05 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 13 | A93F96E9500696950BC487BB0A53528684DA85DE | 08/29/2024 11:46:21 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 14 | 86C5F87BA9C2618D57F79C76608F5D883C5439CF | 08/29/2024 11:43:42 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 15 | AC4EAB78E34A5BFB935E4F613EC19A41223EB84C | 08/28/2024 00:43:24 | TushyRaw | 08/27/2024 | 09/18/2024 | PA0002490456 |
| 16 | F84EE60285B766C0B0E1AEA881197380D4BD5864 | 06/20/2024 10:38:41 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 04643C475735F8B45F8E6E1A4F8E89C233FDC85E | 06/07/2024 17:47:12 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 18 | 48733248B8C912C9F4B4B8DB41E2B3BE1500B323 | 05/29/2024 01:57:51 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 19 | 6997B148051F80030C7347B1F8D5F73019A40D85 | 05/13/2024 10:47:32 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 20 | 77916C0D54977FCB426183138EEC392A443EB243 | 05/13/2024 02:34:56 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |
| 21 | 6D6AB52D15EAE971210984948816080BACF334BD | 05/01/2024 01:33:38 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 22 | D2B10A1EA574F6CEECE0F89D3019A4EAC8E18A24 | 04/23/2024 11:33:29 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 23 | 5864CEB89D4BB3C3853B6BC61BC212FB3B1D43C3 | 04/07/2024 19:56:28 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 24 | 1ed1691967611be5ef32ec8f4f9aac2bde334999 | 03/18/2024 12:28:24 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 25 | 3fe2386610c3b5b44ee9a77f7a0c37362a9a4b3a | 02/22/2024 19:26:04 | Tushy | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 26 | 8b30360731ac1683851d71f3df14c75c2deb5e40 | 02/22/2024 18:53:40 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |